## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| NICOLE MOONASAR as THE ADMINISTRATOR OF THE ESTATE OF AKASH MOONASAR and NICOLE MOONASAR, individually and as the surviving Parent of AVA MOONASAR and AURORA MOONASAR,<br><br>    Plaintiff,<br>v.<br><br>THE KROGER CO.; KROGER FULFILLMENT NETWORK LLC; KROGER DEDICATED LOGISTICS CO.; HOOD-CLAYTON LOGISTICS LLC; WITRON SERVICE AMERICA MANAGEMENT, LLC; WITRON INTEGRATED LOGISTIC CORP; ABC COMPANY; XYZ COMPANY; and JOHN DOES (1-5),<br><br>    Defendants. | Case No.: |

## NOTICE OF REMOVAL

COME NOW Defendants Witron Service America Management, LLC, and Witron Integrated Logistics Corp. ("Defendants"), and Petition for Removal of the action herein from the State Court of Clayton County, Georgia to the United States

District Court for the Northern District of Georgia, Atlanta Division and respectfully show the Court the following:

1.

Plaintiffs filed a civil action in the State Court of Clayton County, Georgia, styled *Nicole Moonasar as the Administrator of the Estate of Akash Moonasar, Individually and as the Surviving Parent of Ava Moonasar and Aurora Moonasar v. The Kroger Co., Kroger Fulfillment Network, LLC, Kroger Dedicated Logistics, Co., Hood-Clayton Logistics, LLC, Witron Service America Management, LLC, Witron Integrated Logistics Corp, ABC Company, XYZ Company, and John Doe(s) 1-5*, Civil Action File No. 2020CV02262.  (Attached as Exhibit "A" are copies of all process, pleadings, and orders received by counsel for Defendants in such action).

2.

This Notice of Removal is filed within thirty (30) days of service upon Defendants.  Defendant Witron Service America Management, LLC was served with this action on October 27, 2020 and consents to removal. Defendant Witron Integrated Logistics Corp. was served with this action on October 28, 2020.

3.

The State Court of Clayton County, Georgia is within the Northern District of Georgia, Atlanta Division, and removal to this Court is proper pursuant to 28 U.S.C. § 1441(a).

4.

Attached as Exhibit "B" is a copy of the Notice of Filing Notice of Removal that is being filed with the State Court of Clayton County as required by 28 U.S.C. § 1446(d).

5.

Plaintiffs in this action are Nicole Moonasar as the Administrator of the Estate of Akash Moonasar, and Nicole Moonasar Individually and as the Surviving Parent of Ava Moonasar and Aurora Moonasar. Ms. Moonasar is a citizen of the State of Georgia.

6.

Witron Service America Management, LLC is a limited liability company with its principal place of business in Indiana whose sole member is Witron Service GmbH & Co. KG, a company organized under the laws of Germany with its principal place of business in Parkstein, Germany. Witron Integrated Logistics Corp is a Delaware corporation with its principal place of business in Illinois.

(Attached as Exhibit "C" is a copy of the undersigned's Affidavit regarding removal).

7.

Co-Defendant The Kroger Co. is an Ohio corporation with its principal place of business in Ohio. Co-Defendant Kroger Dedicated Logistics Co. is an Ohio corporation with its principal place of business in Ohio. Co-Defendant Kroger Fulfillment Network, LLC is a limited liability company whose sole member is The Kroger Co., an Ohio corporation with its principal place of business in Ohio. Co-Defendant Hood-Clayton Logistics, LLC is a limited liability company whose sole member is The Kroger Co., an Ohio corporation with its principal place of business in Ohio.

8.

Complete diversity of citizenship exists between the parties to this case.

9.

Plaintiffs' Complaint seeks to recover for the wrongful death of Akash Moonasar. Plaintiffs seek economic and non-economic damages for the full value of Mr. Moonasar's life, and seek pre-death conscious pain and suffering, medical

bills, funeral expenses, anxiety, shock, anguish, and other mental and physical suffering. The amount in controversy in this case exceeds $75,000.[1]

10.

Therefore, this action is one over which this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332, in that (a) Plaintiff and Defendants are citizens of different states, and (b) the matter in controversy has a value, exclusive of interest and costs, in excess of $75,000.

11.

Defendants are expressly authorized to state that Co-Defendants The Kroger Co., Kroger Fulfillment Network, LLC, Kroger Dedicated Logistics, Co., and Hood-Clayton Logistics, LLC consent to the removal of this matter to this Court and is filing a Notice of Consent to Removal. (Attached as Exhibit "D" is a copy of the Notice of Consent to Removal by Co-Defendants' counsel, attaching the consent and declaration establishing the citizenship of the limited liability companies).

---

[1] While the amount in controversy satisfies the requirements for removal, Defendant does not concede that it is liable to Plaintiff as alleged in the Complaint and reserves all defenses.

12.

Defendants reserve all defenses, including those of service, venue and personal jurisdiction, and will answer or present other defenses within the time permitted by Federal Rule of Civil Procedure 81(c).

WHEREFORE, Defendants pray that this petition be filed, that said action be removed to and proceed in this Court, and that there be no further proceedings in said case in the State Court of Clayton County, Georgia.

The undersigned has read this Notice of Removal, and to the best of his knowledge, information and belief, formed after reasonable inquiry, determined it is well-grounded in fact, is warranted by existing law, and is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

The undersigned reserves the right to amend or supplement this Notice of Removal.

WHEREFORE, these Defendants respectfully remove this action from the State Court of Clayton County, Georgia to this Court under 28 U.S.C. §§ 1332, 1441, and 1446.

Respectfully submitted this 27th day of November, 2020.

                                                DREW ECKL & FARNHAM, LLP

                                               *s/ Gwendolyn D. Havlik*
                                               Stevan A. Miller
                                               ***Georgia Bar No. 508375***
                                               Gwendolyn D. Havlik
                                               ***Georgia Bar No. 574891***

303 Peachtree St. NE, Suite 3500
Atlanta, Georgia 30308
Telephone: (404) 885-1400
Facsimile: (404) 876-0992
E-mail: smiller@deflaw.com
E-mail: ghavlik@deflaw.com
***Attorneys for Defendants Witron Service America Management, LLC and Witron Integrated Logistic Corp.***

## **CERTIFICATE OF FONT COMPLIANCE**

Counsel for Defendants Witron Service America Management, LLC and Witron Integrated Logistic Corp. hereby certify that the forgoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B): Times New Roman (14 point).

This 27th day of November, 2020.

                                              DREW ECKL & FARNHAM, LLP

                                              *s/ Gwendolyn D. Havlik*
                                              Gwendolyn D. Havlik
                                              **Georgia Bar No. 574891**

303 Peachtree St. NE, Suite 3500
Atlanta, Georgia 30308
Telephone: (404) 885-1400
Facsimile: (404) 876-0992
E-mail: ghavlik@deflaw.com
**Attorneys for Defendants Witron Service America Management, LLC and Witron Integrated Logistic Corp.**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NICOLE MOONASAR as THE ADMINISTRATOR OF THE ESTATE OF AKASH MOONASAR and NICOLE MOONASAR, individually and as the surviving Parent of AVA MOONASAR and AURORA MOONASAR,<br><br>    Plaintiff,<br><br>v.<br><br>THE KROGER CO.; KROGER FULFILLMENT NETWORK LLC; KROGER DEDICATED LOGISTICS CO.; HOOD-CLAYTON LOGISTICS LLC; WITRON SERVICE AMERICA MANAGEMENT, LLC; WITRON INTEGRATED LOGISTIC CORP; ABC COMPANY; XYZ COMPANY; and JOHN DOES (1-5),<br><br>    Defendants. | Case No.: |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am counsel for Defendants Witron Service America Management, LLC and Witron Integrated Logistic Corp. and that I have this day served the foregoing *Notice of Removal* upon all parties to this matter by

filing with the Court's CM/ECF system, which will automatically e-mail notification of same and by U.S. Mail to the following counsel of record:

>R. Michael Coker
>Emily Verhine
>The Law Offices of R. Michael Coker, LLC
>90 Langley Drive
>Lawrenceville, Georgia 30046
>
>Mak McAllister
>Ben Williams
>Bross, McAllister & Williams
>5400 Laurel Springs Parkway
>Building 100, Suite 102
>Suwanee, Georgia 30024
>
>Matthew G. Moffett
>Gray, Rust, St. Amand, Moffett & Brieske, LLP
>950 East Paces Ferry Road, N.E.
>Suite 1700 – Salesforce Tower Atlanta
>Atlanta, GA  30326

This 27th day of November, 2020.

>*s/ Gwendolyn D. Havlik*
>Gwendolyn D. Havlik
>**Georgia Bar No. 574891**

303 Peachtree St. NE, Suite 3500
Atlanta, Georgia 30308
Telephone: (404) 885-1400
Facsimile: (404) 876-0992
E-mail: ghavlik@deflaw.com
**Attorneys for Defendants Witron Service America Management, LLC and Witron Integrated Logistic Corp.**